UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| BARRIE BAILOR, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 4:17-cv-1646-MHH-JEO |
| ) | |
| JEFFERSON B. SESSIONS, et al., ) | |
| ) | |
| Respondents. ) | |

## **MEMORANDUM OPINION**

This case is before the Court on the respondents' June 14, 2018 motion to dismiss. (Doc. 9). On September 25, 2017, Mr. Bailor filed a petition for writ of habeas corpus seeking his release from custody pending his removal to Guinea. (Doc. 1). In their motion to dismiss, the respondents contend that the Court should dismiss Mr. Bailor's § 2241 habeas petition because United States Immigration and Customs Enforcement released him from custody on May 4, 2018, pursuant to an order of supervision. (Doc. 9, p. 1; *see also* Doc. 9-1, North Decl.).

Because Mr. Bailor has been released on an order of supervision, his petition seeking that very relief is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("[A] case must be dismissed as moot if the court can no longer provide 'meaningful relief.'"); *see also Spencer v. Kemna*, 523 U.S. 1, 8 (1998) (once a habeas petitioner is released from custody, he must demonstrate collateral

consequences to avoid mootness doctrine). Accordingly, by separate order, the Court will dismiss this matter.

DONE this the 25th day of June, 2018.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE